1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6   JUWAYNE PINCKNEY,

7                              Petitioner,          CASE NO. C16-1143-TSZ

8         v.
                                                    ORDER OF DISMISSAL
9   KENT REGIONAL JUSTICE CENTER,

10                             Respondent.

11

12        The Court, having reviewed the Report and Recommendation of the Honorable Mary

13   Alice Theiler, United States Magistrate Judge, docket no. 9, and petitioner's objections thereto,

14   docket no. 10, does hereby find and ORDER:

15        (1)    The Court ADOPTS in relevant part the Report and Recommendation;

16        (2)    This matter is DISMISSED without prejudice because the habeas petition is

17   premature; and

18        (3)    The Clerk is directed to CLOSE this case and to send copies of this Order to

19   petitioner pro se and to Magistrate Judge Theiler.

20        DATED this 22nd day of December, 2016.

21

22                                                  Thomas S. Zilly
                                                    United States District Judge
23

ORDER OF DISMISSAL
PAGE - 1